IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Lone Eagle, | ) | Case No.  5:26-CV-05068 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO DISMISS** |
| South Dakota Board of Minerals and | ) | |
| Environment, South Dakota Department of | ) | |
| Agriculture and Natural Resources, Bob Morris, | ) | |
| in his Official Capacity as Hearing Officer; David | ) | |
| McVey, in his Official Capacity as Legal Advisor | ) | |
| to the Board of Minerals and Environment; Mike | ) | |
| Lees, in his Official Capacity as Minerals, | ) | |
| Mining, and Superfund Program Administrator; | ) | |
| Hunter Roberts, in his Official Capacity as | ) | |
| Secretary of the Department of Agriculture and | ) | |
| Natural Resources; and Clean Nuclear Energy | ) | |
| Corporation, as Real Party in Interest, | ) | |
| | ) | |
| Defendants. | | |

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(5) and 12(b)(6), Clean

Nuclear Energy Corporation, by and through its attorney of record, moves for dismissal of

Plaintiff's Complaint. This Motion is supported by the Brief in Support of Motion to Dismiss,

which is served and filed herewith.

Dated June 12, 2026.

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By:  _/s/ Matthew E. Naasz_
　　　Matthew E. Naasz
　　　*Attorneys for Clean Nuclear Energy*,
　　　506 Sixth Street
　　　P.O. Box 8045
　　　Rapid City, SD  57709
　　　Telephone: (605) 342-1078
　　　E-mail:  mnaasz@gpna.com

-2-

**CERTIFICATE OF SERVICE**

I hereby certify on June 12, 2026, a true and correct copy of **MOTION TO DISMISS** was served electronically through the CM/ECF system on the following individuals:

Elizabeth Lone Eagle
Pro Se Plaintiff
7958 Lakota Prairie Drive, Apartment 53
Kyle, SD 57752
bridgeradvocate@gmail.com
605-200-6800

Amanda Miiller
Deputy Attorney General
1302 E. SD Hwy 1889, Suite 1
Pierre, SD 57501-8501
amanda.miiller@state.sd.us
(605) 773-3215
*Attorneys for Mike Lees and  David McVey*

By:  */s/ Matthew E. Naasz*
     Matthew E. Naasz