IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Lone Eagle, et al., | ) | Case No. 5:26-CV-05068 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **AFFIDAVIT OF** |
| South Dakota Board of Minerals and | ) | **MATTHEW E. NAASZ** |
| Environment, South Dakota Department of | ) | |
| Agriculture and Natural Resources, Bob Morris, | ) | |
| in his Official Capacity as Hearing Officer; David | ) | |
| McVey, in his Official Capacity as Legal Advisor | ) | |
| to the Board of Minerals and Environment; Mike | ) | |
| Lees, in his Official Capacity as Minerals, | ) | |
| Mining, and Superfund Program Administrator; | ) | |
| Hunter Roberts, in his Official Capacity as | ) | |
| Secretary of the Department of Agriculture and | ) | |
| Natural Resources; and Clean Nuclear Energy | ) | |
| Corporation, as Real Party in Interest, | ) | |
| | ) | |
| Defendants | | |

STATE OF SOUTH DAKOTA      )
                                              ) ss
COUNTY OF PENNINGTON     )

I, Matthew E. Naasz, being duly sworn upon my oath, depose and state as follows:

1.  I am the attorney for Clean Nuclear Energy Corporation.

2.  On May 20, 2026, I was personally handed a copy of a Summons and Complaint identifying Clean Nuclear Energy Corporation as a real party in interest and defendant.

3.  I am not the registered agent for service of process for Clean Nuclear Energy Corporation. Nor am I an officer, managing or general agent, or agent authorized by appointment to receive service of process.

4.  The registered agent for service of process is C T Corporation System, 319 S Coteau St., Pierre, SD 57501-3187.

Dated: June 12, 2026.

Matthew E. Naasz

STATE OF SOUTH DAKOTA    )
                                 ) ss.
COUNTY OF PENNINGTON    )

The above Affidavit of Matthew E. Naasz was subscribed and sworn to before me on June 12, 2026.



Notary Public, South Dakota
My Commission Expires:  9/11/2029

(SEAL)

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

By:   */s/ Matthew E. Naasz*

Matthew E. Naasz
Attorneys for Clean Nuclear Energy,
506 Sixth Street
P.O. Box 8045
Rapid City, SD  57709
Telephone: (605) 342-1078
Telefax:  (605) 342-9503
E-mail:  mnaasz@gpna.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify on June 12, 2026, a true and correct copy of **AFFIDAVIT OF MATTHEW E. NAASZ** was served electronically through the CM/ECF system on the following individuals:


Elizabeth Lone Eagle
Pro Se Plaintiff
7958 Lakota Prairie Drive, Apartment 53
Kyle, SD 57752
bridgeradvocate@gmail.com
605-200-6800

Amanda Miiller
Deputy Attorney General
1302 E. SD Hwy 1889, Suite 1
Pierre, SD 57501-8501
amanda.miiller@state.sd.us
(605) 773-3215
*Attorneys for Mike Lees and  David McVey*


By:  */s/ Matthew E. Naasz*
        Matthew E. Naasz