UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| ELIZABETH LONE EAGLE,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH DAKOTA BOARD OF MINERALS AND ENVIRONMENT, SOUTH DAKOTA DEPARTMENT OF AGRICULTURE AND NATURAL RESOURCES, BOB MORRIS, IN HIS OFFICIAL CAPACITY AS HEARING OFFICER; DAVID MCVEY, IN HIS OFFICIAL CAPACITY AS LEGAL ADVISOR TO THE BOARD OF MINERALS AND ENVIRONMENT; MIKE LEES, IN HIS OFFICIAL CAPACITY AS MINERALS, MINING, AND SUPERFUND PROGRAM ADMINISTRATOR; HUNTER ROBERTS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF AGRICULTURE AND NATURAL RESOURCES; AND CLEAN NUCLEAR ENERGY CORPORATION, AS REAL PARTY IN INTEREST;<br><br>Defendants. | 5:26-CV-05068-RAL<br><br><br>JUDGMENT OF DISMISSAL |

Based on the Opinion and Order Dismissing Case for Lack of Subject Matter Jurisdiction and the reasons contained therein, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed without prejudice under Rules 54 and 58 of the Rules of Civil Procedure with judgment against Plaintiff and for the Defendants hereby entering.

DATED this 16th day of July, 2026.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE