# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH DAKOTA

## WESTERN DIVISION

| | |
|---|---|
| ELIZABETH LONE EAGLE, | 5:26-CV-05068-RAL |
|     Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| SOUTH DAKOTA BOARD OF MINERALS AND ENVIRONMENT; SOUTH DAKOTA DEPARTMENT OF AGRICULTURE AND NATURAL RESOURCES; BOB MORRIS, IN HIS OFFICIAL CAPACITY AS HEARING OFFICER; DAVID MCVEY, IN HIS OFFICIAL CAPACITY AS LEGAL ADVISOR TO THE BOARD OF MINERALS AND ENVIRONMENT; MIKE LEES, IN HIS OFFICIAL CAPACITY AS MINERALS, MINING, AND SUPERFUND PROGRAM ADMINISTRATOR; HUNTER ROBERTS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF AGRICULTURE AND NATURAL RESOURCES; AND CLEAN NUCLEAR ENERGY CORPORATION, AS REAL PARTY IN INTEREST, | |
|     Defendants. | |

Notice is hereby given that Elizabeth Lone Eagle, Plaintiff pro se in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Opinion and Order Dismissing Case for Lack of Subject Matter Jurisdiction (Doc. 28) and the Judgment of Dismissal (Doc. 29), both entered by the Honorable Roberto A. Lange, Chief Judge, on July 16, 2026.

Dated this _31st_ day of _July_ , 2026.


Respectfully submitted,


Elizabeth Lone Eagle
Pro Se Plaintiff
7958 Lakota Prairie Drive, Apartment 53
Kyle, SD 57752
bridgeradvocate@gmail.com
605-200-6800

This package is made from post-consumer waste. Please recycle - again.

PRESS FIRMLY TO SE...    ...RESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

 **UNITED STATES POSTAL SERVICE.**    **Retail**

**US POSTAGE PAID**

**P**

**$12.90**

Origin: 68505
07/31/26
3051640505-99

**PRIORITY MAIL®**

0 Lb 8.20 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 08/03/26

**C010**

SHIP TO:
STE 302
515 9TH ST
RAPID CITY SD 57701-2673

**USPS TRACKING® #**

9505 5124 0188 6212 3912 82

 **UNIT... POST...**    ...TY

■ Expected delivery da...
■ Domestic shipments...
■ USPS Tracking® serv...    ...stinations.
■ Limited international...
■ When used internatio...

*Insurance does not cover ce...
Domestic Mail Manual at *http*...
** See International Mail Manu...    ...ge.

**FLAT RATE**
ONE RATE ■ ANY W...

**TRACKED ■**    ...kup,

 PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

 USPS.COM/PICKUP

FROM:
E. Lone Eagle
7958 Lakota Prairie Drive
Apt. 53
Kyle, SD 57752

TO: Clerk of Courts
United States District
District of South Dakota Court
Western Division
515 Ninth Street, Room 302
Rapid City, SD 57701

 **PAPER POUCH** how2recycle.info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.



# UNITED STATES POSTAL SERVICE ®

# PRIORITY MAIL®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2



Freedom 250

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.