# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 05, 2026

Elizabeth Lone Eagle
Apartment 53
7958 Lakota Prairie Drive
Kyle, SD  57752

RE:  26-2566  Elizabeth Lone Eagle v. SD Bd of Minerals/Environment, et al

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We are aware of your pending motion to proceed in forma pauperis on appeal.  When that motion has been ruled on, this appeal will proceed as appropriate.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

MMH

Enclosure(s)

cc:    Clerk, U.S. District Court, District of South Dakota
        Amanda Miiller
        Matthew E. Naasz

District Court/Agency Case Number(s):   5:26-cv-05068-RAL

**Caption For Case Number:   26-2566**

Elizabeth Lone Eagle

       Plaintiff - Appellant

v.

South Dakota Board of Minerals and Environment; South Dakota Department of Agriculture and Natural Resources; Bob Morris, in his official capacity as Hearing Officer; David M. McVey, in his official capacity as Legal Advisor to the Board of Minerals and Environment; Mike Lees, in his official capacity as Minerals, Mining, and Superfund Program Administrator; Hunter Roberts, in his official capacity as Secretary of the Department of Agriculture and Natural Resources; Clean Nuclear Energy Corporation, as Real Party in Interest

       Defendants - Appellees

**Addresses For Case Participants:   26-2566**

Elizabeth Lone Eagle
Apartment 53
7958 Lakota Prairie Drive
Kyle, SD  57752

Clerk, U.S. District Court, District of South Dakota
U.S. DISTRICT COURT
District of South Dakota
302 U.S. Courthouse
Rapid City, SD  57701

Amanda Miiller
ATTORNEY GENERAL'S OFFICE
Suite 1
1302 E. Highway 1889
Pierre, SD  57501-8501

Matthew E. Naasz
GUNDERSON & PALMER
506 Sixth Street
P.O. Box 8045
Rapid City, SD  57709-8045

26-2566  Elizabeth Lone Eagle v. SD Bd of Minerals/Environment, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/05/2026

**Case Name:**    Elizabeth Lone Eagle v. SD Bd of Minerals/Environment, et al
**Case Number:**  26-2566

**Docket Text:**
Civil case docketed. [5669051] [26-2566]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Elizabeth Lone Eagle: bridgeradvocate@gmail.com
Amanda Miiller: amanda.miiller@state.sd.us,
christina.whitley@state.sd.us,melissa.neyhart@state.sd.us
Matthew E. Naasz: mnaasz@gpna.com, aapplegate@gpna.com