UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| ELIZABETH LONE EAGLE,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH DAKOTA BOARD OF MINERALS AND ENVIRONMENT, SOUTH DAKOTA DEPARTMENT OF AGRICULTURE AND NATURAL RESOURCES, BOB MORRIS, IN HIS OFFICIAL CAPACITY AS HEARING OFFICER; DAVID MCVEY, IN HIS OFFICIAL CAPACITY AS LEGAL ADVISOR TO THE BOARD OF MINERALS AND ENVIRONMENT; MIKE LEES, IN HIS OFFICIAL CAPACITY AS MINERALS, MINING, AND SUPERFUND PROGRAM ADMINISTRATOR; HUNTER ROBERTS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF AGRICULTURE AND NATURAL RESOURCES; AND CLEAN NUCLEAR ENERGY CORPORATION, AS REAL PARTY IN INTEREST;<br><br>Defendants. | 5:26-CV-05068-RAL<br><br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AND GRANTING IN PART PLAINTIFF'S MOTON TO SUPPLEMENT THE RECORD ON APPEAL |

By order dated July 16, 2016, this Court dismissed this case for lack of subject-matter jurisdiction, Doc. 28, and entered a judgment of dismissal without prejudice against Plaintiff and in favor of the Defendants, Doc. 29. Plaintiff has filed a notice of appeal, Doc. 31, and moves for leave to proceed in forma pauperis on appeal, Doc. 33.

Federal Rule of Appellate Procedure 24(a) provides in relevant part that:

a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:

(A)   shows in . . . detail . . . the party's inability to pay . . . ;
(B)   claims an entitlement to redress; and
(C)   states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Here, Lone Eagle's application to proceed in forma pauperis on appeal, Doc. 33, which is executed under penalty of perjury, complies with Rule 24(a)(1). See also Doc. 34. When the action was commenced in district court, Lone Eagle paid the full civil filing fee. But Lone Eagle's application to proceed in forma pauperis on appeal demonstrates that there has been a substantial change in her financial status and that she cannot afford to pay the $605 appellate filing fee. See Doc. 33; see also Lee v. McDonald's Corp., 231 F.3d 456, 459 (8th Cir. 2000) ("[I]n forma pauperis status does not require a litigant to demonstrate absolute destitution.").

Plaintiff also moves to supplement the record on appeal, Doc. 32, to include two exhibits, Docs. 32-1, attached to her motion. Plaintiff's motion to supplement the record, Doc. 32, is granted to the extent Plaintiff requests that the exhibits, Doc. 32-1, be filed in CM/ECF and available to the United States Court of Appeals for the Eighth Circuit. Because Plaintiff's motion and supporting exhibits, Docs. 32; 32-1, have already been transmitted to the Eighth Circuit, there is no need for a further order from this Court directing the Clerk of Court to forward these filings to the Eighth Circuit. Accordingly, it is

ORDERED that Plaintiff's motion for leave to proceed in forma pauperis on appeal, Doc. 33, is granted. It is further

ORDERED that Plaintiff's motion to supplement the record, Doc. 32, is granted to the

extent Plaintiff requests that Doc. 32-1 be filed in CM/ECF and available to the Eighth Circuit.

DATED this 12ᵗʰ day of August, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE

3