**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2566

---

Elizabeth Lone Eagle

Plaintiff - Appellant

v.

South Dakota Board of Minerals and Environment; South Dakota Department of Agriculture and Natural Resources; Bob Morris, in his official capacity as Hearing Officer; David M. McVey, in his official capacity as Legal Advisor to the Board of Minerals and Environment; Mike Lees, in his official capacity as Minerals, Mining, and Superfund Program Administrator; Hunter Roberts, in his official capacity as Secretary of the Department of Agriculture and Natural Resources; Clean Nuclear Energy Corporation, as Real Party in Interest

Defendants - Appellees

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:26-cv-05068-RAL)

---

**JUDGMENT**

Before GRUENDER, KELLY, and KOBES, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

October 26, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler