**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

No. 26-2566

Elizabeth Lone Eagle

Appellant

v.

South Dakota Board of Minerals and Environment, et al.

Appellees

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:26-cv-05068-RAL)

---

**MANDATE**

In accordance with the judgment of October 26, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 18, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit